IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-279-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**2.    KELLY CHUONG,**

Defendant.

---

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

---

Judge John L. Kane **ORDERS**

This matter is before the court on Defendant's Notice of Disposition (doc. #55), filed December 16, 2009.  It is

**ORDERED** that a **Change of Plea Hearing** is set for **February 5, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on January 27, 2010. The original and one copy of these documents, and translations, should be delivered to the courtroom deputy at the time of the hearing.

The Motion to Continue and Reset for Change of Plea Hearing (doc. #54), filed December 16, 2009, is **GRANTED**.  The Status Conference/Change of Plea Hearing set for December 18, 2009, is **VACATED**.

---

Dated:  December 17, 2009