IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                        SENIOR JUDGE JOHN L. KANE


Courtroom Deputy: Bernique Abiakam                Date: July 22, 2010
Court Reporter: Tracy Weir
Probation Officer: Caryl Ricca

Criminal Action No.: 09-cr-00279-JLK-2

*Parties:*                                        *Counsel*:

UNITED STATES OF AMERICA,                         Stephanie Podolak

    Plaintiff,

v.

2.    KELLY CHOUNG,                              Nancy W. Salomone

    Defendant.

---

## SENTENCING MINUTES

---

**9:10 a.m.**    **Court in session.**

Court calls case. Counsel present. Defendant present on bond.

**Change of Plea Hearing:**    April 29, 2010.

**Defendant plead guilty to Count One of the Indictment and admits the forfeiture allegation contained in Count Seven.**

ORDERED:    Government's Motion For Sentence Reduction Pursuant To Title 18, United States Code, Section 35539e) and Section 5K1.1 Of The Sentencing Guidelines (Filed 7/13/10; Doc. No. 112) is GRANTED.

ORDERED:    Motion To Dismiss Remaining Counts (Filed 7/13/10; Doc. No. 114) is GRANTED.

ORDERED:    Motion For Three Level Departure For Acceptance Of Responsibility (Filed 7/13/10; Doc. No. 115) is GRANTED.

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One of the Indictment to a term of imprisonment of **time already served**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X) Immediately following today's hearing, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Defendant shall forfeit her interest in the seized property which was a total of $240,867.91 in cash.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Bond is discharged.

**9:31 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 21 minutes